LAURIE E. SHERWOOD, State Bar No. 155312
lsherwood@wfbm.com
BRIAN DWORETZKY, State Bar No. 318243
bdworetzky@wfbm.com
WFBM, LLP
255 California Street, Suite 525
San Francisco, California 94111-4928
Telephone:  (415) 781-7072
Facsimile:   (415) 391-6258

Attorneys for Defendants
FRESNO HOUSING AUTHORITY and
PARC GROVE COMMONS III L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MANSON, MONIQUE CIPRO and BENNETT REED,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO HOUSING AUTHORITY and PARC GROVE COMMONS III L.P.<br><br>Defendants. | Case No. 1:23-CV-00679-KES-SKO<br><br>**STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER**<br><br>(Doc. 23) |

## STIPULATED JOINT REQUEST

Pursuant to Local Rule 144, plaintiffs Christopher Manson, Monique Cipro, and Bennett Reed, ("Plaintiffs"), by and through their attorneys of record, and defendants Fresno Housing Authority and Parc Grove Commons III, L.P., ("Defendants"), by and through their attorneys of record, stipulate as follows:

1. The parties conducted initial disclosures and some written discovery.

2. The parties are working on setting additional depositions including those of plaintiffs Manson and Reed as well as current employees of Defendants, a prior independent contractor who worked with Defendants, and experts for both parties.

3. The parties set mediation in late January 2024, and mediated the case on April 18, 2024, but the case did not resolve. The parties took limited depositions while focusing their efforts on mediation.

4. Due to schedules and other constraints, the parties met and conferred and agreed to extend the following deadlines set forth in the Scheduling Order, for 60 days from the current deadlines, as follows:

- Non-Expert Discovery:  June 25, 2024 (original date:  April 26, 2024)
- Expert Disclosure:  August 8, 2024 (original date:  June 7, 2024)
- Rebuttal Expert Disclosure:  August 22 2024 (original date: June 21, 2024)
- Expert Discovery:  September 10, 2024 (original date: July 12, 2024)

5. This proposed extension of 60 days does not affect any other dates set forth in the Scheduling Order.

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AND JOINTLY REQUEST THAT:

The Court extend the following deadlines set forth in the Scheduling Order as follows:

- Non-Expert Discovery:  June 25, 2024 (original date:  April 26, 2024)
- Expert Disclosure:  August 8, 2024 (original date:  June 7, 2024)
- Rebuttal Expert Disclosure:  August 22 2024 (original date: June 21, 2024)
- Expert Discovery:  September 10, 2024 (original date: July 12, 2024)

Dated:  April 23, 2024                    WFBM, LLP

By:     /s/ *Laurie E. Sherwood*
LAURIE E. SHERWOOD
BRIAN DWORETZKY
Attorneys for Defendants
FRESNO HOUSING AUTHORITY and
PARC GROVE COMMONS III L.P.

5991-3.6426
-2-
Case No. 1:23-CV-00679-KES-SKO
STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | Dated: April 23, 2024 | DERBY, McGUINNESS & GOLDSMITH, LLP |

By: _____*/s/ Deborah Gettleman*_____
CELIA McGUINNESS
DEBORAH GETTLEMAN
Attorneys for Plaintiffs
CHRISTOPHER MANSON, MONIQUE CIPRO and BENNETT REED

63781080.1
5991-3.6426

-3-   Case No. 1:23-CV-00679-KES-SKO
STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER

WALSWORTH
255 CALIFORNIA STREET, SUITE 525
SAN FRANCISCO, CALIFORNIA 94111-4928
TEL (415) 781-7072 • FAX (415) 391-6258

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES (Doc. 23), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), the Scheduling Order (Doc. 15) is hereby MODIFIED as follows:

- Non-Expert Discovery Deadline:  June 25, 2024
- Expert Disclosure Deadline:  August 8, 2024
- Rebuttal Expert Disclosure Deadline:  August 22, 2024
- Expert Discovery Deadline:  September 10, 2024

While the parties have not requested that the Court modify any other dates, they are modified as follows in accordance with the Court's scheduling procedures:

- The non-dispositive pre-trial motion filing deadline is continued to **October 1, 2024**.
- The dispositive motion filing deadline is continued to **November 12, 2024**.
- The pre-trial conference is continued to **April 14, 2025**, at 1:30 PM.
- Trial is continued to **June 10, 2025**, at 9:00 AM.
- The deadline to provide proposed settlement conference dates is continued to **March 12, 2025**, or 90 days before trial, whichever is later.

IT IS SO ORDERED.

Dated:   **April 23, 2024**                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE

WALSWORTH
255 CALIFORNIA STREET, SUITE 525
SAN FRANCISCO, CALIFORNIA 94111-4928
TEL (415) 781-7072 • FAX (415) 391-6258

63781080.1
5991-3.6426

-4-
Case No. 1:23-CV-00679-KES-SKO
STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER