Celia McGuinness, Esq. (SBN 159420)
Deborah Gettleman, Esq. (SBN 267309)
MCGUINNESS LAW GROUP, P.C.
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 439-2950
Facsimile: (510) 439-2951
Email: cmcguinness@mcguinness-legal.com
       dgettleman@mcguinness-legal.com

Attorneys for Plaintiffs
Christopher Manson, Monique Cipro and Bennett Reed

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MANSON, MONIQUE CIPRO, and BENNETT REED,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO HOUSING AUTHORITY and PARC GROVE COMMONS III L.P.<br><br>Defendants. | CASE NO. 1:23-cv-00679-KES-SKO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE JOINT PRETRIAL STATEMENT**<br><br>(Doc. 58) |

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL STATEMENT

1

# ORDER

Pursuant to the stipulation of the parties, (Doc. 58), and for good cause shown, including ongoing settlement negotiations, the current deadline of March 31, 2025, to file a Joint Pretrial Statement is CONTINUED to April 4, 2025.

The Pretrial Conference shall remain on April 14, 2025, as currently set.

IT IS SO ORDERED.

Dated:  **March 31, 2025**                     /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL STATEMENT
2