```
Celia McGuinness, ESQ. (SBN 159420)
Deborah Gettleman, ESQ. (SBN 267309)
McGUINNESS LAW GROUP, PC
155 Grand Ave., Suite 900
Oakland, CA 94612
Telephone: (510) 439-2950
Facsimile: (510) 439-2951
Email: cmcguinness@mcguinness-legal.com
       dgettleman@mcuginness-legal.com
```

Attorneys for Plaintiffs
Chirstopher Manson, Monique Cipro, and Bennett Reed

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MANSON, MONIQUE CIPRO and BENNETT REED,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO HOUSING AUTHORITY and PARC GROVE COMMONS III L.P.,<br><br>Defendants. | CASE NO. 1:23-cv-00679-KES- SKO<br><br><u>Civil Rights</u><br><br>**ORDER RE NOTICE OF SETTLEMENT**<br><br>**(Doc. 63)** |

For GOOD CAUSE shown and for the reason set forth in the notice of settlement (Doc. 63), the parties SHALL file a stipulation to dismiss within twenty-one (21) days of the entry of this order. All pending deadlines and hearings have been previously vacated (*see* Doc. 62).

IT IS SO ORDERED.

Dated:  **April 8, 2025**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE