Celia McGuinness, Esq. (SBN 159420)
Deborah Gettleman, Esq. (SBN 267309)
MCGUINNESS LAW GROUP, P.C.
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 439-2950
Facsimile: (510) 439-2951
Email: cmcguinness@mcguinness-legal.com
       dgettleman@mcguinness-legal.com

Attorneys for Plaintiffs
Christopher Manson, Monique Cipro and Bennett Reed

MICHAEL T. McCALL, State Bar No. 109580
mmccall@walsworthlaw.com
BRIAN DWORETZKY, State Bar No. 318243
bdworetzky@walsworthlaw.com
WALSWORTH LLP
19900 MacArthur Blvd., Suite 1150
Irvine, California 92612-2445
Telephone:  (714) 634-2522
Facsimile:   (714) 634-0686

Attorneys for Defendants FRESNO HOUSING AUTHORITY and PARC GROVE COMMONS III L.P.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MANSON, MONIQUE CIPRO and BENNETT REED,<br><br>　Plaintiffs,<br><br>　v.<br><br>FRESNO HOUSING AUTHORITY and<br>PARC GROVE COMMONS III L.P.<br><br>　Defendants. | CASE NO. 1:23-cv-00679-KES- SKO<br><br>**ORDER GRANTING STIPULATION FOR COURT TO RETAIN JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AGREEMENT**<br><br>(Doc. 68) |

1 **ORDER**

2  Pursuant to the parties' "Stipulation for Court to Retain Jurisdiction to Enforce
3  Terms of Settlement Agreement" (the "stipulation"), (Doc. 68), the hereby GRANTS
4  the stipulation as follows: This Court retains jurisdiction of this case to enforce the
5  terms of the written settlement agreement.
6  Within ten (10) days Plaintiffs SHALL file a fully executed Stipulation of
7  Dismissal by the parties pursuant to Federal Rule of Civil Procedure 41(a)(2).

8
9  IT IS SO ORDERED.

10  Dated:   **May 23, 2025**                    /s/ *Sheila K. Oberto*
11                                            UNITED STATES MAGISTRATE JUDGE