UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MANSON, et al., | No. 1:23-cv-00679-KES-SKO |
| Plaintiffs, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | (Doc. 71) |
| FRESNO HOUSING AUTHORITY, et al., | |
| Defendants. | |

On June 2, 2025, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 71.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close administratively this case.[1]

IT IS SO ORDERED.

Dated:  __June 3, 2025__          ____/s/ Sheila K. Oberto____
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The parties previously stipulated to the retention of jurisdiction by this Court to enforce the terms of the parties' written settlement agreement.  (*See* Doc. 70.)